[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1225.]

COLE ET AL.; WESTFIELD INSURANCE COMPANY, APPELLEE, *v.* AMERICAN INDUSTRIES & RESOURCES CORPORATION ET AL.; GERALD W. BIOUX CONSTRUCTION COMPANY, APPELLANT.

[Cite as *Cole v. Am. Industries & Resources Corp.*, 1999-Ohio-411.]

*Appeal dismissed as improvidently allowed.*

(No. 98-1826—Submitted May 5, 1999—Decided June 9, 1999.)

APPEAL from the Court of Appeals for Jefferson County, No. 96-JE-51.

—————————

*Davis & Young* and *David G. Utley; Gorr Moser Dell & Loughney, Melvin L. Moser* and *John H. Williams, Jr.,* for appellee.

*Freifield, Bruzzese, Wehr, Moreland, Straus & Spahn* and *Frank J. Bruzzese; Hayes, Cooper, Campbell & Prest* and *Joseph G. Prest*, for appellant.

—————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————